IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 25 2011
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 5-11-cr-00013-01 |
| v. | ORDER |
| QUENTIN DEA CRAWFORD, | By: Hon. Glen E. Conrad |
| Defendant. | Chief U. S. District Judge |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea. Acceptance of the plea agreement is deferred, pending completion of a presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: July 25, 2011

/s/ Glen Conrad
Chief United States District Judge